Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 21, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed September 21, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00699-CV

____________

 

IN RE DAWN JOHNSON WHATLEY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
August 16, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Mike Woods, presiding judge of
Probate Court No. 2, to set aside his ruling of August 3, 2006, appointing
Mylus James Walker as temporary guardian for Perry Whatley.

Relator
has not established that she is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed September 21, 2006.

Panel consists of Justices Hudson,
Frost, and Seymore.